UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

---

CARMEN BENNETT; REBECCA BENNETT;
MILLIE BROWN; MICHAEL BUTLER;
MARGARET COSTIGAN; SANRA
DEPHILIPPO; TAMMY DONAHUE; WESLEY
DONNELLAN; MARY EATON; BERTHA
FAIRCLOTH; LORI FAULKNER; NANCY
FURROW; NANCY GINN; JEANNE
GOODNESS; ARLENE GOULD; LEIGH
GUILDFORD; WENDY HAYMAN; TERRY
HILL; CAROL HODGE; DEBRA HOLMES,

 Plaintiffs

v.

INDEVUS PHARMACEUTICALS, INC., F/K/A
INTERNEURON PHARMACEUTICALS, INC.;
WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH
PHARMACEUTICALS, INC F/K/A WYETH-
AYERST PHARMACEUTICALS, INC., A
DIVISION OF AMERICAN HOME PRODUCTS
CORPORATION; AND BOEHRINGER
INGELHEIM PHARMACEUTICALS, INC.,

 Defendants

Civil Action
No. 04-11105-GAO

---

**NOTICE OF APPEARANCE**

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 14, 2004  
      Boston, Massachusetts

Respectfully submitted,

/s/Matthew J. Matule  
Matthew J. Matule (BBO #632075)  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
One Beacon Street  
Boston, Massachusetts 02108  
(617) 573-4800

Of Counsel:  
Barbara Wrubel  
Katherine Armstrong  
SKADDEN, ARPS, SLATE,  
  MEAGHER & FLOM LLP  
Four Times Square  
New York, NY 10036  
(212) 735-3000

Counsel for Defendant  
Indevus Pharmaceuticals, Inc.